

# Fourth Court of Appeals
## San Antonio, Texas

January 14, 2026

No. 04-26-00005-CV

**IN RE** Lerardrick **PHILLIPS**

Original Proceeding[1]

### ORDER

Sitting:    Irene Rios, Justice
            Lori Massey Brissette, Justice
            Adrian A. Spears II, Justice

Relator filed his petition for writ of mandamus on January 5, 2026. Having reviewed the petition and accompanying record, this court has determined that relator has not established that he is entitled to the relief sought. The petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on January 14, 2026.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of January, 2026.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2024EM501302, styled *In the Interest of G.M.P., et al*, pending in the 438th Judicial District Court, Bexar County, Texas, the Honorable Rosie Alvarado presiding.